IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

LARRY C. CHAMBERLAIN )
)
v. ) NO. 3:04-0561
) JUDGE CAMPBELL
QUENTON I. WHITE, et al. )

ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge (Docket Nos. 64 and 67), dated August 23 and August 24, 2005, respectively, and Plaintiff's Objections thereto (Docket Nos.73 and 74). The Court has reviewed the Magistrate Judge's findings and the record.

The Plaintiff's Objections are overruled, and the Magistrate Judge's Reports and Recommendations (Docket Nos. 64 and 67) are ADOPTED and APPROVED. Accordingly, this action is DISMISSED without prejudice, and all pending Motions to Dismiss (Docket Nos. 28, 32, 42 and 55) are DENIED as moot. In addition, Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 71) is DENIED as moot, and Plaintiff's Notice of Voluntary Dismissal (Docket No. 72) is moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE